UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KEVIN MCAULEY,
        Plaintiff,

v.                                                           Case No. 11-C-649

MICHAEL ASTRUE,
Commissioner of Social Security,
        Defendant.

**ORDER**

Plaintiff has filed a complaint seeking review of the decision of the Commissioner of Social Security. Ordinarily, a plaintiff must pay a statutory filing fee of $350 to bring an action in federal court. 28 U.S.C. § 1914(a). Plaintiff, however, has requested leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915.

An indigent plaintiff may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

Plaintiff filed the required affidavit of indigence. Upon review of that affidavit, it appears that plaintiff could not afford the filing fee. Accordingly, **IT IS HEREBY ORDERED** that plaintiff's request to proceed *in forma pauperis* is **GRANTED.**

Dated this   18th   day of July, 2011.

                                                   s/ William C. Griesbach
                                                   William C. Griesbach
                                                   United States District Judge